ECF No. 18

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 15, 2025

SEAN F. McAVOY, CLERK

# CHARGES AND PENALTIES

**CASE NAME:** Harvest Plus   **CASE NO.** 4:25-CR-6033-MKD-4

TOTAL # OF COUNTS: 43   ☑ FELONY   ☐ MISDEMEANOR   ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 371 | Conspiracy | Up to 5 years of probation; a fine not to exceed the greater of $500,000 or twice the gross gain or the gross loss from the offense; a $100 special penalty assessment; restitution. |
| 2 | 18 U.S.C. § 1349 | Conspiracy to Commit Fraud in Foreign Labor Contracting | Up to 5 years of probation; a fine not to exceed the greater of $500,000 or twice the gross gain or the gross loss from the offense; a $100 special penalty assessment; restitution. |
| 3 - 14 | 18 U.S.C. § 1001(a)(2) | False Statement | Up to 5 years of probation; a fine not to exceed the greater of $500,000 or twice the gross gain or the gross loss from the offense; a $100 special penalty assessment; restitution. |
| 15 - 36 | 18 U.S.C. § 1546(a) | False Swearing in Immigration Matters | Up to 5 years of probation; a fine not to exceed the greater of $500,000 or twice the gross gain or the gross loss from the offense; a $100 special penalty assessment; restitution. |
| 37 - 39 | 18 U.S.C. § 1351(a) | Fraud in Foreign Labor Contracting | Up to 5 years of probation; a fine not to exceed the greater of $500,000 or twice the gross gain or the gross loss from the offense; a $100 special penalty assessment; restitution. |
| 40 - 43 | 18 U.S.C. § 1028A | Aggravated Identity Theft | Up to 5 years of probation; a fine not to exceed the greater of $500,000 or twice the gross gain or the gross loss from the offense; a $100 special penalty assessment; restitution. |